## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 23-10517** |
| **Mila K Shakopee** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |
| **Lakeview Loan Servicing, LLC** | : | |
| **Movant,** | : | |
| | : | |
| vs | : | |
| | : | |
| **Mila K Shakopee** | : | |
| **Jeffrey K Betts** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | : | |

### ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the
Certification of Default filed by Lakeview Loan Servicing, LLC ("Creditor"), it is hereby
**ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of
Creditor in and to the property located at 142 Windermere Avenue, Lansdowne, PA 19050 and
more particularly described in the Mortgage, recorded October 7, 2014, at Instrument Number
2014051391.

BY THE COURT

_____

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Stephen R. Franks, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH
43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West, Chapter 13 Trustee, 190 N. Independence Mall West, Suite 701,
Philadelphia, PA  19106, ecfemails@ph13trustee.com (notified by ecf)

24-000290_SJW

BRAD J. SADEK, Attorney for Debtor and/or Co-Debtor, 1500 JFK Boulevard, Ste 220, Philadelphia, PA  19102,  brad@sadeklaw.com (notified by ecf)

Mila K Shakopee, Debtor and/or Co-Debtor, 142 Windermere Avenue, Lansdowne, PA 19050 (notified by regular US Mail)

Jeffrey K Betts, Debtor and/or Co-Debtor, 1627 S. 17th Street, Philadelphia, PA  19146 (notified by regular US Mail)

24-000290_SJW